[No. 34598-2-I.   Division One.   November 6, 1995.]

BAKER COMMODITIES, INC., *Appellant*, v. THE CITY OF TUKWILA, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 92-2-22629-4, R. Joseph Wesley, J., entered September 20, 1993, and April 12, 1994. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Baker, C.J., and Becker, J.

[No. 34870-1-I.   Division One.   November 6, 1995.]

MASKELL-ROBBINS, INC., *Appellant*, v. FAMILIAN NORTHWEST, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 93-2-17180-3, Marilyn R. Sellers, J., entered June 3, 1994. *Affirmed* by unpublished per curiam opinion.

[No. 34887-6-I.   Division One.   November 6, 1995.]

RONALD D. GRAYSON, ET AL., *Appellants*, v. RICHARD O. SELLAND, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 92-2-16431-1, Donald D. Haley, J., entered May 31, 1994. *Reversed* by unpublished opinion per Grosse, J., concurred in by Kennedy, A.C.J., and Webster, J.

[No. 35318-7-I.   Division One.   November 6, 1995.]

THE CITY OF SEATTLE, *Respondent*, v. RORY MOFFITT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-01851-1, Donald D. Haley, J., entered August 29, 1994. *Affirmed* by unpublished opinion per Agid, J., concurred in by Coleman and Webster, JJ.